NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1499

AVENTIS PHARMA S.A.
and AVENTIS PHARMACEUTICALS, INC.,

Plaintiffs-Appellants,

v.

HOSPIRA, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Central District of California in case no. 07-CV-08137, Senior Judge Mariana R. Pfaelzer.

ON MOTION

O R D E R

Aventis Pharma S.A. et al. move without opposition to voluntarily dismiss their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   The motion is granted.

(2)   Each side shall bear its own costs.

FOR THE COURT

MAY 15 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Donald R. Dunner, Esq.
      James F. Hurst, Esq.
s17

ISSUED AS A MANDATE: _____ MAY 15 2009

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 15 2009

JAN HORBALY
CLERK